UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER CHAMNESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-cv-03637-TWP-MPB |
| | ) |
| J.D. BYRIDER SYSTEMS, LLC, | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Defendant, J.D. Byrider Systems, LLC, by counsel, hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

1. **Identify all parent corporation(s)**.

   Byrider Systems Acquisition Corp.

2. **List any publicly-held company that owns 10% or more of the party's stock**.

   None.

Respectfully submitted,

s/*Gregory W. Guevara*
Gregory W. Guevara (#16728-49)
Tyler J. Moorhead (#34705-73)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 Fax
gguevara@boselaw.com
tmoorhead@boselaw.com

*Attorneys for Defendant,*
*J.D. Byrider Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, a copy of the foregoing "Corporate Disclosure Statement" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Christopher K. Starkey, Esq.
> 406 South Harrison Street
> Shelbyville, IN 46176
> StarkeyCK@msn.com

> s/*Gregory W. Guevara*
> Gregory W. Guevara

3535048